IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Kale      Case No. 1:19-bk- 05203-HWV
     Chapter 13

## SECOND MOTION TO EXTEND TIME
## FOR FILING REQUISITE SCHEDULES

AND NOW, this 20th day of January, 2020, come the above Debtor, by his counsel, CGA Law Firm, PC, and do file the within Motion averring that:

1. The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtor must file the requisite Schedules.

2. The above-captioned case is a voluntary Chapter 13 petition, which was filed on December 6, 2019.

3. A Motion to Extend Time for Filing Requisite Schedules was filed on December 20, 2019. An Order was entered on December 30, 2019 granting the Debtor thirty (30) additional days within which to file the requisite schedules.

4. The Debtor has provided the all of the paperwork needed to process the Chapter 13 Plan and Schedules; the Schedules and Chapter 13 Plan are completed however, the Debtor travels for work and he is not available to come into the office to review and sign his schedules.

5. The Debtor requests an extension of fourteen days (14) days to file the requisite schedules.

WHEREFORE, the Debtors request an extension of time of fourteen (14) days in which to file the appropriate schedules to accompany his bankruptcy petition.

Respectfully submitted,
CGA Law Firm, PC

By: /s/ Brent C. Diefenderfer
Brent C. Diefenderfer, Esquire
Sup. Ct. ID No. 93685
135 North George Street,
York, PA 17401-1282
Telephone: 717-848-4900
Counsel for Debtor

{01740136/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Michael D. Kale

Case No. 1:19-BK-05203-HWV
Chapter 13

## ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Second Motion filed by the Debtor seeking to have the time in which to file the requisite schedules extended, it is hereby

ORDERED that the Motion is GRANTED. The deadline for Debtor to file all remaining documents is extended an additional fourteen (14) days, to February 3, 2020.

BY THE COURT,

{01740136/1}