Legacy
300 Fame Avenue
Hanover, PA 17331

Direct Deposit Advice

**paylocity**

**Check Date**
October 4, 2019

**Voucher Number**
14369

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.39 |
| **Total Direct Deposits** | | | **1,280.39** |

39071   611-4   2029  14369  13885        39071
**Michael David Kale**
16 WEST HANOVER STREET
HANOVER, PA  17331

## Non Negotiable - This is not a check - Non Negotiable

Legacy

**Michael David Kale**                                                                                      **Earnings Statement**

| Employee ID | 2029 | Fed Taxable Income | 1,612.87 | Check Date | October 4, 2019 | Voucher Number | 14369 |
| Location | 611-4 | Fed Filing Status | M-0 | Period Beginning | September 15, 2019 | Net Pay | 1,280.39 |
| Salary | $1,995.00 | State Filing Status | M-1 | Period Ending | September 28, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|
| 401K SAFE | | 0.00 | 79.80 | 1,580.80 | 401K | 119.70 | 2,371.20 |
| GROUP TE | | 0.00 | 0.07 | 0.42 | DENTAL INS | 19.22 | 384.40 |
| HOLIDAY | | | | 0.00 | GROUP TERM LIFE CALCULA | 0.07 | 0.42 |
| PERSONA | | | | 0.00 | MEDICAL INS | 238.00 | 4,760.00 |
| REGULAR | | 80.00 | 1,995.00 | 39,520.00 | UNITED WAY | 2.00 | 40.00 |
| VACATIO | | 8.00 | | 0.00 | VISION | 5.28 | 105.60 |
| **Gross Earnings** | | **88.00** | **1,995.07** | **39,520.42** | **Deductions** | **384.27** | **7,661.62** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.15 | 2,376.98 |
| MED | 25.12 | 496.90 |
| PA | 53.19 | 1,052.09 |
| PA-671002 | 17.33 | 342.80 |
| PA-PE2C | 2.00 | 42.00 |
| PASUI-E | 1.20 | 23.73 |
| SS | 107.42 | 2,124.77 |
| **Taxes** | **330.41** | **6,459.27** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNCBANK, NA | C    ***2598 | 1,280.39 |
| **Total Direct Deposits** | | **1,280.39** |

Legacy | 300 Fame Avenue  Hanover, PA 17331 | (717) 698-1888 | FEIN: 04-3414379 | PA: 67-35073

Legacy
300 Fame Avenue
Hanover, PA 17331

Direct Deposit Advice

**paylocity**

**Check Date**
October 18, 2019

**Voucher Number**
14689

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.39 |
| Total Direct Deposits | | | 1,280.39 |

39071   611-4   2029  14689  14188        39071
**Michael David Kale**
16 WEST HANOVER STREET
HANOVER, PA  17331

## Non Negotiable - This is not a check - Non Negotiable

Legacy

**Michael David Kale**                                                                  **Earnings Statement**

| Employee ID | 2029 | Fed Taxable Income | 1,612.87 | Check Date | October 18, 2019 | Voucher Number | 14689 |
| Location | 611-4 | Fed Filing Status | M-0 | Period Beginning | September 29, 2019 | Net Pay | 1,280.39 |
| Salary | $1,995.00 | State Filing Status | M-1 | Period Ending | October 12, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|
| 401K SAFE | | 0.00 | 79.80 | 1,660.60 | 401K | 119.70 | 2,490.90 |
| GROUP TE | | 0.00 | 0.07 | 0.49 | DENTAL INS | 19.22 | 403.62 |
| HOLIDAY | | | | 0.00 | GROUP TERM LIFE CALCULA | 0.07 | 0.49 |
| PERSONA | | | | 0.00 | MEDICAL INS | 238.00 | 4,998.00 |
| REGULAR | | 80.00 | 1,995.00 | 41,515.00 | UNITED WAY | 2.00 | 42.00 |
| VACATIO | | | | 0.00 | VISION | 5.28 | 110.88 |
| **Gross Earnings** | | 80.00 | 1,995.07 | 41,515.49 | **Deductions** | 384.27 | 8,045.89 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.15 | 2,501.13 |
| MED | 25.12 | 522.02 |
| PA | 53.19 | 1,105.28 |
| PA-671002 | 17.33 | 360.13 |
| PA-PE2C | 2.00 | 44.00 |
| PASUI-E | 1.20 | 24.93 |
| SS | 107.42 | 2,232.19 |
| **Taxes** | 330.41 | 6,789.68 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNCBANK, NA | C    ***2598 | 1,280.39 |
| Total Direct Deposits | | 1,280.39 |

Legacy | 300 Fame Avenue  Hanover, PA 17331 | (717) 698-1888 | FEIN: 04-3414379 | PA: 67-35073

Case 1:19-bk-05203-HWV    Doc 16    Filed 01/24/20    Entered 01/24/20 14:57:32    Desc
Main Document      Page 2 of 6

Legacy
300 Fame Avenue
Hanover, PA 17331

Direct Deposit Advice

**paylocity**

**Check Date**
November 1, 2019

**Voucher Number**
15035

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.39 |
| **Total Direct Deposits** | | | **1,280.39** |

39071  611-4  2029  15035  14510      39071
**Michael David Kale**
16 WEST HANOVER STREET
HANOVER, PA  17331

## Non Negotiable - This is not a check - Non Negotiable

### Legacy

**Michael David Kale**                                              **Earnings Statement**

| Employee ID | 2029 | Fed Taxable Income | 1,612.87 | Check Date | November 1, 2019 | Voucher Number | 15035 |
| Location | 611-4 | Fed Filing Status | M-0 | Period Beginning | October 13, 2019 | Net Pay | 1,280.39 |
| Salary | $1,995.00 | State Filing Status | M-1 | Period Ending | October 26, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K SAFE | | 0.00 | 79.80 | 1,740.40 |
| GROUP TE | | 0.00 | 0.07 | 0.56 |
| HOLIDAY | | | | 0.00 |
| PERSONA | | | | 0.00 |
| REGULAR | | 80.00 | 1,995.00 | 43,510.00 |
| VACATIO | | | | 0.00 |
| **Gross Earnings** | | **80.00** | **1,995.07** | **43,510.56** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.15 | 2,625.28 |
| MED | 25.12 | 547.14 |
| PA | 53.19 | 1,158.47 |
| PA-671002 | 17.33 | 377.46 |
| PA-PE2C | 2.00 | 46.00 |
| PASUI-E | 1.20 | 26.13 |
| SS | 107.42 | 2,339.61 |
| **Taxes** | **330.41** | **7,120.09** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 119.70 | 2,610.60 |
| DENTAL INS | 19.22 | 422.84 |
| GROUP TERM LIFE CALCULA | 0.07 | 0.56 |
| MEDICAL INS | 238.00 | 5,236.00 |
| UNITED WAY | 2.00 | 44.00 |
| VISION | 5.28 | 116.16 |
| **Deductions** | **384.27** | **8,430.16** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNCBANK, NA | C   ***2598 | 1,280.39 |
| **Total Direct Deposits** | | **1,280.39** |

Legacy | 300 Fame Avenue  Hanover, PA 17331 | (717) 698-1888 | FEIN: 04-3414379 | PA: 67-35073

**Legacy**
300 Fame Avenue
Hanover, PA 17331

Direct Deposit Advice

paylocity

**Check Date** November 15, 2019

**Voucher Number** 15342

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.40 |
| Total Direct Deposits | | | 1,280.40 |

39071   611-4   2029   15342   14810         39071
Michael David Kale
16 WEST HANOVER STREET
HANOVER, PA  17331

## Non Negotiable - This is not a check - Non Negotiable

### Legacy

**Michael David Kale**                                                                                   **Earnings Statement**

| Employee ID | 2029 | Fed Taxable Income | 1,612.87 | Check Date | November 15, 2019 | Voucher Number | 15342 |
| Location | 611-4 | Fed Filing Status | M-0 | Period Beginning | October 27, 2019 | Net Pay | 1,280.40 |
| Salary | $1,995.00 | State Filing Status | M-1 | Period Ending | November 9, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K SAFE | | 0.00 | 79.80 | 1,820.20 |
| GROUP TE | | 0.00 | 0.07 | 0.63 |
| HOLIDAY | | | | 0.00 |
| PERSONA | | | | 0.00 |
| REGULAR | | 80.00 | 1,995.00 | 45,505.00 |
| VACATIO | | | | 0.00 |
| **Gross Earnings** | | 80.00 | 1,995.07 | 45,505.63 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.15 | 2,749.43 |
| MED | 25.12 | 572.26 |
| PA | 53.19 | 1,211.66 |
| PA-671002 | 17.33 | 394.79 |
| PA-PE2C | 2.00 | 48.00 |
| PASUI-E | 1.20 | 27.33 |
| SS | 107.41 | 2,447.02 |
| **Taxes** | 330.40 | 7,450.49 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 119.70 | 2,730.30 |
| DENTAL INS | 19.22 | 442.06 |
| GROUP TERM LIFE CALCULA | 0.07 | 0.63 |
| MEDICAL INS | 238.00 | 5,474.00 |
| UNITED WAY | 2.00 | 46.00 |
| VISION | 5.28 | 121.44 |
| **Deductions** | 384.27 | 8,814.43 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| PNCBANK, NA | C    ***2598 | 1,280.40 |
| Total Direct Deposits | | 1,280.40 |

Legacy | 300 Fame Avenue  Hanover, PA 17331 | (717) 698-1888 | FEIN: 04-3414379 | PA: 67-35073

Legacy
300 Fame Avenue
Hanover, PA 17331

Direct Deposit Advice

paylocity

**Check Date**
November 29, 2019

**Voucher Number**
15693

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.39 |
| **Total Direct Deposits** | | | 1,280.39 |

39071  611-4  2029 15693 15130         39071
**Michael David Kale**
16 WEST HANOVER STREET
HANOVER, PA  17331

## Non Negotiable - This is not a check - Non Negotiable

### Legacy

**Michael David Kale**                                                          **Earnings Statement**

| Employee ID | 2029 | Fed Taxable Income | 1,612.87 | Check Date | November 29, 2019 | Voucher Number | 15693 |
| Location | 611-4 | Fed Filing Status | M-0 | Period Beginning | November 10, 2019 | Net Pay | 1,280.39 |
| Salary | $1,995.00 | State Filing Status | M-1 | Period Ending | November 23, 2019 | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K SAFE | | 0.00 | 79.80 | 1,900.00 |
| GROUP TE | | 0.00 | 0.07 | 0.70 |
| HOLIDAY | | | | 0.00 |
| PERSONA | | | | 0.00 |
| REGULAR | | 80.00 | 1,995.00 | 47,500.00 |
| VACATIO | | | | 0.00 |
| **Gross Earnings** | | 80.00 | 1,995.07 | 47,500.70 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.15 | 2,873.58 |
| MED | 25.12 | 597.38 |
| PA | 53.19 | 1,264.85 |
| PA-671002 | 17.33 | 412.12 |
| PA-PE2C | 2.00 | 50.00 |
| PASUI-E | 1.20 | 28.53 |
| SS | 107.42 | 2,554.44 |
| **Taxes** | 330.41 | 7,780.90 |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 119.70 | 2,850.00 |
| DENTAL INS | 19.22 | 461.28 |
| GROUP TERM LIFE CALCULA | 0.07 | 0.70 |
| MEDICAL INS | 238.00 | 5,712.00 |
| UNITED WAY | 2.00 | 48.00 |
| VISION | 5.28 | 126.72 |
| **Deductions** | 384.27 | 9,198.70 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.39 |
| **Total Direct Deposits** | | | 1,280.39 |

Legacy | 300 Fame Avenue  Hanover, PA 17331 | (717) 698-1888 | FEIN: 04-3414379 | PA: 67-35073

Legacy  
300 Fame Avenue  
Hanover, PA 17331

Direct Deposit Advice

**paylocity**

**Check Date**  
November 29, 2019

**Voucher Number**  
15693

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.39 |
| **Total Direct Deposits** | | | **1,280.39** |

39071  611-4  2029  15693  15130          39071  
**Michael David Kale**  
16 WEST HANOVER STREET  
HANOVER, PA  17331

## Non Negotiable - This is not a check - Non Negotiable

### Legacy

**Michael David Kale**                                                                 **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 2029 | Fed Taxable Income | 1,612.87 | Check Date | November 29, 2019 |
| Location | 611-4 | Fed Filing Status | M-0 | Period Beginning | November 10, 2019 |
| Salary | $1,995.00 | State Filing Status | M-1 | Period Ending | November 23, 2019 |

Voucher Number  15693  
Net Pay  1,280.39

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401K SAFE | | 0.00 | 79.80 | 1,900.00 |
| GROUP TE | | 0.00 | 0.07 | 0.70 |
| HOLIDAY | | | | 0.00 |
| PERSONA | | | | 0.00 |
| REGULAR | | 80.00 | 1,995.00 | 47,500.00 |
| VACATIO | | | | 0.00 |
| **Gross Earnings** | | **80.00** | **1,995.07** | **47,500.70** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 119.70 | 2,850.00 |
| DENTAL INS | 19.22 | 461.28 |
| GROUP TERM LIFE CALCULA | 0.07 | 0.70 |
| MEDICAL INS | 238.00 | 5,712.00 |
| UNITED WAY | 2.00 | 48.00 |
| VISION | 5.28 | 126.72 |
| **Deductions** | **384.27** | **9,198.70** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 124.15 | 2,873.58 |
| MED | 25.12 | 597.38 |
| PA | 53.19 | 1,264.85 |
| PA-671002 | 17.33 | 412.12 |
| PA-PE2C | 2.00 | 50.00 |
| PASUI-E | 1.20 | 28.53 |
| SS | 107.42 | 2,554.44 |
| **Taxes** | **330.41** | **7,780.90** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| PNCBANK, NA | C | ***2598 | 1,280.39 |
| **Total Direct Deposits** | | | **1,280.39** |

Legacy | 300 Fame Avenue  Hanover, PA 17331 | (717) 698-1888 | FEIN: 04-3414379 | PA: 67-35073