IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. KALE                          CASE NO. 1:19-BK-05203-HWV
                  DEBTOR          CHAPTER 13
----------------------------------------
BAYVIEW LOAN SERVICING LLC
                  MOVANT

   V.

MICHAEL D. KALE

CHARLES J. DEHART, II,
TRUSTEE                                  Answer to Motion for Relief
              RESPONDENTS

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, this 28th day of August, 2020, comes the above Debtor, by his counsel,

Brent Diefenderfer and CGA Law Firm, and answers the Motion for Relief from Stay filed by

Bayview Loan Servicing LLC as follows:

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Denied. Paragraph 4 refers to a writing for which the terms speak for itself.

5.     Denied.  Paragraph 5 refers to a legal conclusion for which no response is

required.

6.     Admitted.

7.     Denied.

{01819482/1}

8.      Denied. The Debtor intends to cure the post-petition mortgage arrears through a Stipulation or through an amended Chapter 13 Plan.

9.      Denied. The cost and legal fees as set forth in the Motion are not reasonable. Strict proof at trial is demanded.

10.     Denied. Paragraph 10 sets forth a legal conclusion for which no response is required

WHEREFORE, the Debtor requests that the Court not enter an Order lifting the Automatic Stay and dismissing the Motion of Movant.

Respectfully submitted,

CGA Law Firm, PC

By: /s/ Brent C. Diefenderfer
        Brent C. Diefenderfer, Esquire
        Sup. Ct. ID No. 93685
        135 North George Street
        York, PA 17401-1282
        Telephone: 717-848-4900
        Counsel for Debtor

{01819482/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D. KALE                          CASE NO. 1:19-BK-05203-HWV
    DEBTOR                     CHAPTER 13
---------------------------------------
BAYVIEW LOAN SERVICING LLC
    MOVANT

V.

MICHAEL D. KALE
  and
CHARLES J. DEHART, III,
TRUSTEE
    RESPONDENTS

Certificate of Service

   I certify that I am more than 18 years of age and that on  August 28, 2020, a true and
correct copy of the attached Answer to Motion for Relief from Automatic Stay was served upon
the following parties in the following manner:

| Name | Mode of Service |
|---|---|
| Office of the U.S. Trustee | Via CM/ECF |
| James Warmbrodt, Esquire<br>KML Law Firm PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Via CM/ECF |

            By: /s/ Brent C. Diefenderfer, Esquire_

{01819482/1}