# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL D. KALE        CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant        CASE NO: 1-19-05203-HWV

MICHAEL D. KALE

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on September 8, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 8, 2021, the Debtor(s) is/are $6126.36 in arrears with a plan payment having last been made on Sep 14, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: September 8, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL D. KALE

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 1-19-05203-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 8, 2021, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| BRENT DIEFENDERFER ESQUIRE<br>CGA LAW FIRM<br>135 NORTH GEORGE STREET<br>YORK, PA 17401- | SERVED ELECTRONICALLY |
| MICHAEL D. KALE<br>16 WEST HANOVER STREET<br>HANOVER, PA 17331 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 8, 2021

Respectfully submitted,
Bobbie Weigel
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com